No. 56, Misc.  O'Neill *v.* Robinson, Warden.  The motion for leave to file petition for writ of certiorari is denied.  Mr. Justice Douglas took no part in the consideration or decision of this application.

No. 109, Misc.  In re Hence et al.  Application denied.  Mr. Justice Douglas took no part in the consideration or decision of this application.

*Certiorari Granted.  (See also Nos. 89, 103 and 199, supra.)*

No. 60.  Krug *v.* Sheridan-Wyoming Coal Co., Inc. United States Court of Appeals for the District of Columbia Circuit.  Certiorari granted.  *Solicitor General Perlman* for petitioner.  *T. Peter Ansberry, Stephen J. McMahon, Jr.* and *Seth W. Richardson* for respondent.

No. 96.  Powell et al. *v.* United States Cartridge Co.  C. A. 8th Cir.  Certiorari granted.  *Thomas Bond* for petitioners.  *William L. Marbury* for respondent. *Solicitor General Perlman* and *William S. Tyson* filed a brief for the United States, as *amicus curiae,* supporting the petition.

No. 97.  United States *v.* Moorman et al., doing business as J. W. Moorman & Son.  Court of Claims. Certiorari granted.  *Solicitor General Perlman* for the United States.  *F. A. Bodovitz* for respondents.

No. 126.  Commissioner of Internal Revenue *v.* Philadelphia Transportation Co.  C. A. 3d Cir.  Certiorari granted.  *Solicitor General Perlman* for petitioner. *William R. Spofford, Frederic L. Ballard* and *Sherwin T. McDowell* for respondent.